MAY 9, 2024

Dear Honor Bloom

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 14 2024 ★

BROOKLYN OFFICE

INDEX
24 CV-1229-HG-LB

I'm writing to you concerning my new Lawsuite index # 24-CV-1229-HG-LB.

you wrote back stating I did not serve other side (?) the letter I wrote was not for the new Lawsuite 24-CV-1229-HG-LB

It was concerning the old Lawsuite 1-21-CV03586 concerning Joshua Lieberman claims I'm not answer Letters, I showed picture of my Home BOARDED up as to the Reason I was not Answering. Also I WAS Addressing your Email FOR WARRENT Nothing in that Letter concerned Anything in my new CASE. (?)

I PAID money for a new INDEX Number concerning New ISSUES New Defendant(s)

↓ over

Pg# 2

INDEX
24cv1229
HG-LB

EAch defendant was Seered Properly
In new CASE.

1. Alan weinreb Served In person 2/16/2024 and FAXeD and Regular mAiL

2 Lance mArgolin served In person 2/16/2024 and FAXeD and mAileD

3 EDWArd F GuidA JR Served In person 2/16/2024 and FAXeD And mAileD, (InFACT tHis LAwyeR responde)

4 kenneth Flickinger served FAX and mailed

5 Clinton J. Guthrie serven in person By mAiL.

AGAin the Letter to you Concerning
CASE 1-21-CV-03586
HAS nothing to Due with my
new CASE 24-CV-1229-HG-LB

" InFACT I Did not know "You were on my new CASE also.

There IS A gross misunderstanding

Serena May   mAy 10th 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Serena A. May

)
)
)
)
)
*Plaintiff(s)* )
v. )
)
Alan Weinreb, Lance Margolin, Guida Jr Edward, )
Kenneth Flickering, Hon Clinton J. Guthrie )
)
)
*Defendant(s)* )

Civil Action No.   24-cv-1229-HG-LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alan Weinreb, 165 Gleen Way, Syosset, NY 11791

Lance Margolin, 165 Eileen Way, Syosset, NY 11791

Hon Clinton J Guthrie, 89-11 Sutphin Blvd, Jamaica NY 11432

Guida Jr Edward, Marshall, 4726 104th Street, Queens, NY 11368

Kenneth Flickering, 165 Eileen Way, Syosset, NY 11791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Serena A. May, 167-38 109rd, Jamaica, NY 11433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## BRENNA B. MAHONEY

*CLERK OF COURT*

Date:  _____02/16/2024_____          _____
                                          *Signature of Clerk or Deputy Clerk*

Page 1/1

Generated: Feb 16, 2024 1:10PM

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Feb 16, 2024 1:10PM

Serena May

Cashier ID: #JH

Rcpt. No: 100012673

Trans. Date: Feb 16, 2024 1:10PM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DNYE124CV001229 FBO: Serena May | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $405.00

Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Phone #

sc\



R2304H1076899-11
**$2.00**
AMOUNT
FEB 21 24
21702
FREDERICK, MD
U.S. POSTAGE PAID



0000



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix meter postage !

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Serena Ng
233 Canfield ter
Frederick MD
21702

To: Kenneth Flickinger
21 Main Street
Suite 158
Hackensack NJ 07601

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Civil Action No.  24-cv-1229-HG-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kenneth Flickinger

was received by me on *(date)* BY MAIL     2/12/2024

mailed

☐ I personally served the summons on the individual at *(place)* 2L main street suite 158
Hackensack NY 07060                                           on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* 2/21/2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 2/26/2024

_____
Server's signature

SERENA A. M____
Printed name and title

273 Canfield Terr
Server's address

Frederick MD 21702

Additional information regarding attempted service, etc:



180 Jericho Tpke
Syosset, NY, 11791
(516) 682-0348

Terminal: 2159M600MIX02
2/16/2024 15:34
Receipt #: 21597671487
Type: Purchase



| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | SS Fax - Domestic Send<br>1-732-318-1835 | 2.49 |
| 1 | SS Fax - Domestic Send<br>718-779-8123 | 2.49 |

| | | |
|---|---|---|
| SubTotal | | 4.98 |
| District tax | | 0.02 |
| City tax | | 0.00 |
| County tax | | 0.21 |
| State tax | | 0.20 |
| Total | USD | $5.41 |

Stored Value Card #: ***********4421*

Balance remaining on card: USD $0.59



**Tell us how we did and get $7 off your next purchase of $40 or more print products\***

Take the survey by scanning the QR code below or visit
**www.fedex.com/welisten**



Offer expires 6/30/2024

\*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2023 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



FedEx Office

FedEx Office
180 Jericho Tpke
Syosset, NY 11791
Phone: (516) 682-0348
Fax: (516) 682-0371

**Fax Confirmation Report**

To: 718-779-8123
Date: 2/16/2024
Started: 03:33 PM      Marshal
Ended: 03:33 PM         Guida
Originals: 1
Sent: 1



180 Jericho Tpke
Syosset, NY 11791
Phone: .(516) 682-0348
Fax: (516) 682-0371

**Fax Confirmation Report**

To: 1-732-318-1835
Date: 2/16/2024
Started: 03:30 PM
Ended: 03:31 PM
Originals: 1
Sent: 1

jersey

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-1229-HG-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lance margolin

was received by me on *(date)* 2/21/2024 .

☑ I personally served the summons on the individual at *(place)* 165 Eileen wy Syosset NY 11791 FAX, mail on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* front DESK, AND mail, 3 ways , a person of suitable age and discretion who resides there, on *(date)* 2/21/2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/26/2024

Serena a. May
*Server's signature*

SERENA A. May
*Printed name and title*

233 Canfield Terr
*Server's address*
Frederick MD 21702

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-1229-HG-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kenneth Flickinger

was received by me on *(date)* By Mail    2/12/2024

Mailed

☑ I personally served the summons on the individual at *(place)* 21 main street Suite 158

Hacker Stck NY 67060                                  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* 2/21/2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/26/2024                    _____
                                        *Server's signature*

                                   SERENA A. M____
                                   *Printed name and title*

                                   273 Canfield Terr
                                   *Server's address*

Additional information regarding attempted service, etc:    Frederick MD 21702

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  24-cv-1229-HG-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*


                                _____
                                         *Printed name and title*


                                _____
                                         *Server's address*

Additional information regarding attempted service, etc:

(Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  24-cv-1229-HG-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alan Weinreb "Owner"

was received by me on *(date)* 2/16/2024 .

☑ I personally served the summons on the individual at *(place)* Front Desk of of Alan Weinreb office.  on *(date)* 2/16/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* 2/21/2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I Served in Person on 2/16/2024 and Followed By mail 2/21/2024, Spoke with Alan Weinreb He Acknowledge the received

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/26/2024

Serena a. M____
*Server's signature*

SERENA A. M____
*Printed name and title*

VEC 1-308

233 CANfield Ter
*Server's address*
Frederick MD
21702

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Serena A. May
233 Canfield Ter
Frederick MD 21702

To: Landen Maradin
165 Eileen Way
Syosset NY 11791
Warehouse

PS Form 3817, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here.

Postmark Here
FEB 21 2024

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Serena A. May
233 Canfield Ter
Frederick MD 21702

To: Edward F. Guida JR
47 & 26 104 Street
Corona NY 11368

PS Form 3817, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here.

Postmark Here
FEB 21 2024

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Serena May
233 Canfield Ter
Frederick MD

To: Bob Room
235 Plainview NY

PS Form 3817, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here.

---

**UNITED STATES POSTAL SERVICE**

**Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Serena May
233 Canfield Ter
Frederick MD 21702

To: Alan Weinreb
165 Eileen Way
Syosset NY 11791
Warehouse

PS Form 3817, April 2007 PSN 7530-02-000-9065

Postmark Here
FEB 21 2024

meter postage here.

---

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail.

From: Serena May

To pay fee

**RIVKIN RADLER LLP**
ATTORNEYS AT LAW

926 RXR Plaza, Uniondale, NY 11556-0926

HTORNEY
FOR
EDWARD F.
GUIDA

MID-ISLAND NY 117
14 MAR 2024PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.64
03/14/2024 ZIP 11556
043M31201801

US POSTAGE

Serena A. May
233 Canfield Terrance
Frederick, MD 21702

21702-871333




**UNITED STATES POSTAL SERVICE** ® | **PRIORITY® MAIL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ MAY 14 2024 ☆

BROOKLYN OFFICE

- Expected delivery date speci
- Most domestic shipments inc
- USPS Tracking® included for
- Limited international insuranc
- When used internationally, a

*Insurance does not cover certain items
Domestic Mail Manual at http://pe.usps.
** See International Mail Manual at http:

**FLAT RATE EN**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS**



PS00001000014

### PRIORITY MAIL®

0 Lb 4.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  05/11/24

C030

SHIP TO:
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

USPS TRACKING® #



9505 5105 6376 4130 0155 32



EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

**FROM:**

**PRIORITY** ★ MAIL ★

**UNITED STATES POSTAL SERVICE** ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: SERENA MAY
223 CANFIELD Terrace
Frederick MD 21702.

TO: united States
District court
EASTERN DISTRICT
of New York
225 CADMAN PL EAST
Brooklyn New York
11201
ATTent HonoR BlOOM

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.